Appeals of the District of Columbia denied. *Mr. Harold Harper* and *Mr. Eugene Underwood* for petitioner. *The Attorney General* for the United States.

---

No. 843. CLYDE HUNTER *v.* UNITED STATES. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clair McTurnan, William R. Higgins, Charles M. McCabe* and *Merrill Moores,* for petitioner. *Solicitor General Beck* and *Assistant Attorney General Willebrandt* for the United States.

---

No. 845. ROBESON PROCESS COMPANY *v.* JACOB S. ROBESON ET AL. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. A. M. Houghton, Mr. Julius M. Mayer* and *Mr. F. P. Warfield* for petitioner. *Mr. Clair W. Fairbank* and *Mr. Irving M. Obright* for respondents.

---

No. 860. MARY H. SELVAGE *v.* BROCKENBROUGH LAMB, TRUSTEE. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert W. Talley* for petitioner. *Mr. James E. Cannon* for respondent.

---

No. 861. UNITED STATES *v.* MAURICE P. DAVIDSON, TRUSTEE, ETC. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Beck, Mr. Chauncy G. Parker, Mr. E. M. Allison, Jr.,* and *Mr. Henry M. Ward,* for the United States. *Messrs. John M. Woolsey, John S. Sheppard, Delbert M. Tibbetts* and *Alvin C. Cass,* for respondent.